UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| GARY SPENCER CHASE PETERSON, | Civil No. 3:17-cv-06035-MAT |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the administrative law judge will:

(1) give further consideration to the medical opinions of Manuel Gomes, Ph.D., Howard Platter, M.D., Robert Bernardez-Fu, M.D., Eugene Kester, M.D., and Patricia Kraft, Ph.D.;

(2) reevaluate Plaintiff's residual functional capacity;

(3) if necessary, obtain vocational expert evidence; and

(4) issue a new decision.

This case is reversed and remanded on the above grounds, and Plaintiff is entitled to reasonable attorney fees and expenses pursuant to 28 U.S.C. § 2412, and costs pursuant to 28 U.S.C. § 1920, upon proper request to this Court.

DATED this 23rd day of April, 2018.

Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ Danielle R. Mroczek
DANIELLE R. MROCZEK
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2946
Fax: (206) 615-2531
danielle.mroczek@ssa.gov